

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00019-CR

**TERRY LYNN NANCE,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2010-575-C2**

## MEMORANDUM  OPINION

Terry Lynn Nance filed a notice of appeal regarding his conviction for Possession

of a Controlled Substance.  TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010).  By

letter dated January 26, 2011, the Clerk of this Court notified Nance that the appeal was

subject to dismissal because it appeared that the notice of appeal was untimely and that

the trial court's certificate of right of appeal indicated that Nance waived his right to

appeal and had no right to appeal.  *See* TEX. R. APP. P. 26.2(a)(1); 25.2(d).  The Clerk also

warned Nance that the appeal would be dismissed unless, within 21 days of the date of

the letter, a response was filed showing grounds for continuing the appeal.  *See* TEX. R.

APP. P. 44.3. We received a response from Nance; however, it does not provide grounds for continuing the appeal.

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 16, 2011
Do not publish
[CR25]